TO: Clerk of the 15th COURT OF APPEALS                    July 8, 2025
      P.O. Box 12852
      Austin, Texas 78711

RE:    JAMES BRICKLEY  V.  NICHOLAS WALTON
       15TH COA CAUSE # 15-25-00118-CV
       TRIAL CAUSE    # DC-24-55842

  I have enclosed a money order in the amount of $ 205.00 for the above mention filling fees,  Also I am sending a extra copy of the money order and this letter with addressed postage paid envelope to be STAMP FILED and returned to address provided.

Sincerely,
Acting Agent for
James Brickley
Julia Rodgers-Blackmon
335 Jim Bell Rd
Campti, LA 71411

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
JUL 11 2025
CHRISTOPHER A. PRINE
CLERK

JULIA RODGERS-BLACKMON
335 JIM BELL ROAD
CAMPTI, LA 71411

CERTIFIED MAIL

7021 0950 0000 2078 9600

Retail

UNITED STATES
POSTAL SERVICE®

U.S. POSTAGE PAID
FCM LG ENV
CAMPTI, LA 71411
JUL 08, 2025

78711

$10.72
S2324P500108-12

RDC 99

Clerk of the
15th Court of Appeals.
P.O. Box 12852
Austin, Texas 78711



# CUSTOMER'S RECEIPT

UNITED STATES POSTAL SERVICE ®

SEE BACK OF THIS RECEIPT
FOR IMPORTANT CLAIM
INFORMATION

NOT
NEGOTIABLE

KEEP THIS
RECEIPT FOR
YOUR RECORDS

Serial Number
29795542918

Pay to 15th Court of Appeals Written #15-25-00118-CV

Address P.O. Box 12852

Austin, Texas 78711

| Year-Month-Day | Post Office | Amount | Clerk |
|---|---|---|---|
| 2025-07-05 | 14100 | $205.00 | 12 |

---

UNITED STATES POSTAL SERVICE ®

# POSTAL MONEY ORDER

Serial Number
29795542918

Pay to 15th COA

Address P.O. Box 12852

Austin, Tx 78711

Memo Filing Fee Walton #15-25-00118-CV

| Year-Month-Day | Post Office |
|---|---|
| 2025-07-05 | 14100 |

From Willie Rodgers-Blackmon

Address 335 Jim Bell Rd

Camp ti, LA 7141

Two Hundred Five Dollars and 00/100        $205.00 ****************

U.S. Dollars and Cents

Clerk 12

SEE REVERSE WARNING • NEGOTIABLE ONLY IN THE U.S. AND POSSESSIONS

29795542918

⑆00000800⑆ ⑈000000800⑈